

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS, | § | No. 08-24-00011-CV |
| Appellant, | § | Appeal from the |
| v. | § | 205th Judicial District Court |
| SARA MELDRUM, Individually and on behalf of minor ALISON MELDRUM, | § | of El Paso County, Texas |
| | § | (TC#2022-DCV-2328) |
| Appellees. | | |

### **J U D G M E N T**

The Court has considered this cause on the motion to dismiss. We grant the motion and dismiss the appeal. We further order each party to bear their own costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MARCH 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.